**FILED**

NOV  3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL MORENO, et al., | No. 2:13-cv-0691 KJM KJN |
| Plaintiffs, |  |
| v. | JURY COMMUNICATION |
| ROSS ISLAND SAND & GRAVEL CO., et al., |  |
| Defendants. |  |

**REPLY FROM COURT TO NOTE RECEIVED ON NOVEMBER 3, 2015 at 12:45 PM**

If you answered yes to question no. 1, then you should answer question no. 2 by providing a total amount of damages for each plaintiff, without considering whether two or more parties have contributed to causing the accident. You should then continue to answer questions on the verdict form as directed on the form. If after following the directions on the form you reach question no. 5, the court will apply the percentages you provide in response to question no. 5 to the damages amounts in response to question no. 2 in calculating a final damages award. You are not being asked to make this calculation.

So that it is clear, the parties agree the only parties that may be found to have contributed to causing the accident are Ross Island and Michael Moreno.

Date sent to jury: 11/3/15

Time sent to jury: 1:28 p.m.

DATED: November 3, 2015

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1