UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MORENO, et al.,

          Plaintiffs,

    v.

ROSS ISLAND SAND & GRAVEL CO.,
et al.,

          Defendants.

No.  2:13-cv-00691-KJM-KJN

ORDER

This matter is before the court on the *ex parte* application by defendant Ross Island Sand & Gravel Co. ("Ross Island") for an order approving a supersedeas bond under Federal Rule of Civil Procedure 62(d) and Local Rule 151(d).  ECF No. 281.  Plaintiffs oppose the application and request that the motion be considered on regular notice.  ECF No. 283.

Ross Island's *ex parte* application does not comply with the court's requirements for an *ex parte* application to shorten time, because defendants' counsel has not by affidavit provided "a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action."  E.D. Cal. L.R. 144(e).

Accordingly, the court DENIES defendant Ross Island's *ex parte* application (ECF No. 281) without prejudice.

IT IS SO ORDERED.

DATED:  September 9, 2016.

_____
UNITED STATES DISTRICT JUDGE